# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| **LAREDO PETROLEUM, INC.,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO._____ |
| **ACADIANA MAINTENANCE SERVICE, LLC,** | § § § § | |
| **Defendant.** | § | |

**AFFIDAVIT OF KEITH ROMERO IN SUPPORT OF DEFENDANT ACADIANA MAINTENANCE SERVICE, LLC'S NOTICE OF REMOVAL**

I, Keith Romero, hereby declare that the following is true and correct to the best of my knowledge, information, and belief.

1. I am the sole managing member, director, and owner of Acadiana Maintenance Service, LLC ("Acadiana"), and have been since the company's inception in 2012 through the present.

2. All statements in this Affidavit are based on my personal knowledge of Acadiana's business, the transactions between the parties to the above referenced lawsuit, and my review of relevant documents. If called upon to testify, I could and would competently testify to the facts set forth herein.

3. I submit this Affidavit in support of Defendant Acadiana Maintenance Service, LLC's Notice of Removal ("Notice of Removal"). I have reviewed the Notice of Removal, and the factual statements made therein are true and correct to the best of my knowledge.

4. I am now, and at all relevant times have been, a citizen of the State of Louisiana. More specifically, at all relevant times I have maintained my domicile and residence in Iberia Parish, Louisiana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of August, 2018.

By: _____
Keith Romero
Sole Managing Member, Director and Owner
Acadiana Maintenance Service, LLC

SWORN TO AND SUBSCRIBED before me, a
notary public on this 9th day of August, 2018.

_Cynthia LeBlanc #67630_